E-Filed 12/9/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS STROMBERG,

Plaintiff,

v.

MATTHEW HARDER, et al.,

Defendants.

Case No.  15-cv-02765-HRL

**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Re: Dkt. Nos. 32, 33

Defendants Matthew Harder, Christine Martinez, and Southwest Financial Solutions, LLC move to remove an incorrectly filed document from the record.  A confidential mediation brief was filed on December 9, 2015.  Counsel for the movants asserts that his staff inadvertently filed the brief, that the brief contains confidential information, and that the brief was only supposed to be sent to a mediator.  Counsel promptly sent an email to the Docket Correction email address describing the problem and the ECF Helpdesk temporarily blocked public access to the document. Counsel then filed the motion to remove the incorrectly filed document.

Counsel promptly complied with this court's procedures for moving to remove an incorrectly filed document that contains confidential information, which are listed on the court's website.  *See* http://www.cand.uscourts.gov/ecf/correctingmistake.  Permanent removal of the document from the record is proper and the motion is granted.  The confidential mediation brief, Dkt. No. 32, shall be permanently removed from the record.

**IT IS SO ORDERED.**

Dated: 12/9/15

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California